# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BRANDON DEJONGH,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-V,<br><br>Defendants. | Cause No. CV-17-32-BU-BMM<br><br>**ORDER** |

Pursuant to the Stipulation and Protective Order by and between State Farm Mutual Automobile Insurance Company and Brandon DeJongh, and good cause appearing. IT IS HEREBY ORDERED that the Stipulation and Protective Order, dated November 9, 2017, is hereby GRANTED.

Dated this 13th day of November, 2017.

_____
Brian Morris
United States District Court Judge