# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BRANDON DEJONGH, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-V, <br><br> Defendants. | CV-17-32-BU-BMM <br><br> **ORDER** |

The Court conducted a hearing on Plaintiff's Motion to Compel Claim Notes on January 18, 2018. Plaintiff agreed, during the hearing, to withdraw his motion with respect to the following documents that had been submitted to the Court for *in camera* review: documents 29, 30, 41, 42, a portion of document 43, a portion of document 44, and documents 55, 56, 57, 62, 77, 78, 79, 127 and 128. For the reasons discussed in open court:

IT IS ORDERED:

1.  Plaintiff's Motion to Compel Claim Notes (Doc. 22) is DENIED with respect to all other documents at issue. These documents include: a portion of document 43, a portion of document 44, and documents 45, 61 and 65.

2.  Each party shall pay his or its own costs and attorneys' fees incurred

with respect to this motion.

DATED this 18th day of January, 2018.

Brian Morris
United States District Court Judge